IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARY DEWAYNE COOPER											PETITIONER
ADC #121090

V.                                          NO. 5:10cv00076 SWW

RAY HOBBS, Director,											RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus and dismissing this action in its entirety, with prejudice. Furthermore, a certificate of appealability is denied, as Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2); Rule 11, Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 26th day of January, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE